IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE ) | |
| REPLACEMENT THERAPY ) | Case No. 14 CV 1748 |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2545 |
| ) | |
| This Document Relates To: ) | |
| *Bruce Ferry v. AbbVie Inc., et al.* ) | |
| Case No. 1:16-cv-03293 ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Bruce Ferry and Defendants AbbVie, Inc., Abbott Laboratories, AbbVie Products, LLC Unimed Pharmaceuticals, Inc., Besins Healthcare, Inc., Besins Healthcare, S.A., Actavis, Inc., k/n/a Allergan Finance, LLC, Actavis Pharma, Inc., Actavis Laboratories UT, Inc. and Anda, Inc. ("Defendants") hereby stipulate and agree that any and all claims asserted by and on behalf of Plaintiff against Defendants in the above-captioned case be and are hereby dismissed with prejudice. The parties further agree to bear their own fees and costs.

Dated: November 1, 2016

| | |
|---|---|
| */s/ Baird A. Brown* | /s/ *Katherine Davis* |
| Baird A. Brown, Esq. | Katherine Davis, Esq. |
| Baird Brown Law Firm | DECHERT LLP |
| 3055 Wilshire Blvd., Suite 1200 | 2929 Arch St., Cira Centre |
| Los Angeles, CA 90010 | Philadelphia, PA 19104-2808 |
| bairdbrownlaw@gmail.com | katherine.davis@dechert.com |
| | |
| *Attorney for Plaintiff Bruce Ferry* | *Attorneys for AbbVie Inc. and Abbott Laboratories, AbbVie Products, LLC Unimed Pharmaceuticals, Inc., Besins Healthcare, Inc. and Besins Healthcare, S.A.* |

/s/ *K.C. Green*
Joseph P. Thomas, Esq.
Jeffrey F. Peck, Esq.
K.C. Green, Esq.
Jeffrey D. Geoppinger, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
kcgreen@ulmer.com

*Attorneys for Defendants Actavis, Inc., k/n/a Allergan Finance, LLC, Actavis Pharma, Inc., Actavis Laboratories UT, Inc. and Anda, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Katherine Davis*